IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01727-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TERRANCE FARRELL,

    Plaintiff,

v.

DENVER HEALTH & HOSPITAL AUTHORITY,
MEDICAL ADMINISTRATOR OF THE DDC,
PATIENT ADVOCATE OF DENVER HEALTH,
CITY AND COUNTY OF DENVER,
GREG KELLERMEYER, Doctor, and
GARY WILSON,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

    Plaintiff, Terrance Farrell, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at Bent County Correctional Facility in Las Animas, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ Motion submitted is not the most current form
(2) ___ is missing affidavit
(3) ___ Is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing authorization to calculate and disburse filing fee payments
(6) ___ is missing an original signature by the prisoner
(7) ___ other:

**Complaint, Petition or Application**:
(8) ___ is not submitted
(9) ___ is not on proper form (must use the Court's current form)
(10) _X_ is missing an original signature by the prisoner
(11) ___ is missing page nos. ___
(12) ___ uses et al. instead of listing all parties in caption
(13) ___ names in caption do not match names in text
(14) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the form to cure the deficiency. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED: June 23, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge