**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01727-LTB

TERRANCE FARRELL,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,
MEDICAL ADMINISTRATOR OF THE DDC PATIENT ADVOCATE OF DENVER
    HEALTH,
CITY AND COUNTY OF DENVER,
DOCTOR GREG KELLERMEYER, and
GARY WILSON,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff filed a Motion for Assistance with Service of Process, ECF No. 8. The motion is denied as moot. This action was dismissed on August 12, 2014. The Clerk of the Court is directed to send copies of ECF Nos. 6 and 7 to Plaintiff at the new address noted in ECF No. 8.

Dated: August 15, 2014