**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01727-LTB

TERRANCE FARRELL,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,
MEDICAL ADMINISTRATOR OF THE DDC PATIENT ADVOCATE OF DENVER HEALTH,
CITY AND COUNTY OF DENVER,
DOCTOR GREG KELLERMEYER, and
GARY WILSON,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On September 2, 2014, Plaintiff filed a "Motion for Transfer and/or Return of Exhibits," ECF No. 11. First, the Court is not responsible for assisting Plaintiff in obtaining the documents he desires to submit in an action. The Motion for Transfer, therefore, is denied. Second, Plaintiff is responsible for maintaining copies of each document he files with the Court. The Motion for Return of Exhibits is denied.

    The Court charges $.50 per page to make photocopies. Once Plaintiff submits the money for the photocopying the Court will send the requested photocopies to him. The Clerk of the Court is directed to send a copy of the Docket in this case to Plaintiff so he may determine what document number and how many pages he needs to have copied and sent to him.

Dated: September 5, 2014