**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01727-LTB

TERRANCE FARRELL,

      Plaintiff,

v.


DENVER HEALTH AND HOSPITAL AUTHORITY,
MEDICAL ADMINISTRATOR OF THE DDC PATIENT ADVOCATE OF DENVER
HEALTH,
CITY AND COUNTY OF DENVER,
DOCTOR GREG KELLERMEYER, and
GARY WILSON,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Pursuant to the Court's September 22, 2014 Minute Order, Plaintiff has
submitted a request, ECF No. 16, for return of exhibits.  Plaintiff contends that the
prisoner declarations he wants the Court to return to him are in Docket # 1 of this action.
The Court has reviewed Docket #1.  There are no prisoner declarations in Docket #1.
The Court further has reviewed all docket entries in this action.  No prisoner
declarations were found.  Plaintiff's request is denied.

Dated: October 15, 2014